UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re DENNIS MILLER, | No. C 09-5525 PJH (PR) |
| Petitioner. / | **ORDER OF DISMISSAL** |

This is a habeas case filed pro se by a state prisoner. In the initial review order the court denied leave to proceed in forma pauperis and, because the petition was incomplete, dismissed it with leave to amend within thirty days. Petitioner has paid the filing fee but he has not provided a complete petition. In the initial review order he was warned that if he did not amend within the time allowed the case would be dismissed.

This case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 15, 2010.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\ODERS\HC\Dismiss - no amen.wpd